IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

RONALD LEE NEWMAN,     PLAINTIFF

V.     CIVIL ACTION NO. 2:17-CV-01422
*Judge Joseph R. Goodwin*

PHOENIX FINANCIAL SERVICES, LLC,     DEFENDANT

## NOTICE OF DISMISSAL

Pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, the Plaintiff hereby gives notice of dismissal of this civil action without prejudice.

**RONALD LEE NEWMAN**

BY COUNSEL

H<small>AMILTON</small>, B<small>URGESS</small>, Y<small>OUNG</small>
     & P<small>OLLARD</small>, *pllc*


BY:    /s/ Steven R. Broadwater, Jr.
       Ralph C. Young   *(W. Va. Bar #4176)*
         ryoung@hamiltonburgess.com
       Christopher B. Frost   *(W. Va. Bar #9411)*
         cfrost@hamiltonburgess.com
       Steven R. Broadwater, Jr. (*W. Va. Bar #11355*)
         sbroadwater@hamiltonburgess.com
       Jed R. Nolan *(W. Va. Bar #10833)*
         jnolan@hamiltonburgess.com
       *Counsel for Plaintiff*
       P. O. Box 959
       Fayetteville, WV 25840
       304-574-2727