APPROVED and SO ORDERED.
ENTER: April 6, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

RONALD LEE NEWMAN,　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:17-CV-01422
　　　　　　　　　　　　　　　　　　　　　*Judge Joseph R. Goodwin*

PHOENIX FINANCIAL SERVICES, LLC,　　　DEFENDANT

## NOTICE OF DISMISSAL

Pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, the Plaintiff hereby gives notice of dismissal of this civil action without prejudice.

　　　　　　　　　　　　　　　　　　　　**RONALD LEE NEWMAN**

　　　　　　　　　　　　　　　　　　　　BY COUNSEL

HAMILTON, BURGESS, YOUNG
　　& POLLARD, *pllc*

BY:　/s/ Steven R. Broadwater, Jr.
　　　Ralph C. Young  *(W. Va. Bar #4176)*
　　　　ryoung@hamiltonburgess.com
　　　Christopher B. Frost  *(W. Va. Bar #9411)*
　　　　cfrost@hamiltonburgess.com
　　　Steven R. Broadwater, Jr. *(W. Va. Bar #11355)*
　　　　sbroadwater@hamiltonburgess.com
　　　Jed R. Nolan *(W. Va. Bar #10833)*
　　　　jnolan@hamiltonburgess.com
　　　*Counsel for Plaintiff*
　　　P. O. Box 959
　　　Fayetteville, WV 25840
　　　304-574-2727